IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-02221-RBJ-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: January 24, 2013** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                       *Counsel:*

DARLENE M. LOMMEL,                                               William J. Brady

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,                       Debra Ann Stevens

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:       1:32 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the Scheduling Conference held on January 4, 2013 (Docket No. 24), the defense counsel getting documents to plaintiff's counsel (pertaining to the defendant's perspective on jurisdictional issues), and the defendant's MOTION for Protective Order for Confidentiality (Docket No. 27, filed on 1/17/2013).

**ORDERED:** The court **GRANTS** the defendant's MOTION for Protective Order for Confidentiality (Docket No. 27, filed on 1/17/2013).  The parties are advised to proceed under the terms of that stipulation of protective order for confidentiality.

Discussion between the court and the parties regarding how they would like to proceed with this case from a pretrial perspective. Mr. Brady informs the court that he will need to get the documents that Ms. Stevens will be providing to him before he is able to get a full perspective on how to move forward. Mr. Brady also addresses the fact that briefing on the defendant's MOTION to Dismiss Complaint Pursuant to FRCP Rules 12b(2), and 12(b)(6) (Docket No. 10, filed on 11/14/2012) is not completed. Ms. Stevens informs the court that she plans to disclosure documents to Mr. Brady by February 4, 2013 but can get Mr. Brady the particular documents that he needs to review immediately by the end of the day tomorrow (Friday, January 25, 2013). Ms. Brady informs the court that her reply to the plaintiff's RESPONSE to #10 MOTION to Dismiss Complaint Pursuant

to FRCP Rules 12b(2), and 12(b)(6) (Docket No. 21, filed on 1/3/2013) should be filed by February 7, 2013.

Ms. Stevens informs the court that she would like to also provide these same documents that will be provided to Mr. Brady (and will be part of her reply) to the court for review but that the documents are proprietary and cannot be served to the court in open court. Ms. Stevens wants to know if she can serve these documents to the court under seal. Discussion between the court and Ms. Stevens regarding the submission of her reply and the separate filing of a motion seeking leave to file the exhibits to her reply under seal. Mr. Brady informs the court that he will have no objection to this due to the fact that he will be receiving copies of these same documents subject to the protective order.

Discussion between the court and the parties regarding possible trial dates.

**ORDERED:** A further Scheduling Conference is set for **February 21, 2013 at 10:45 a.m.** The parties are required to be physically present for this hearing. The purpose of this hearing will be so the court can provide the parties with its initial assessment of the motion to dismiss, decide if the parties want to present oral argument on the motion to dismiss, and determine if discovery deadlines should be set.

Discussion between the court and Ms. Stevens regarding the possible filing of a motion for non-convenience for failure to not bring in proper parties. Ms. Stevens want to know if the brief should be submitted to the court prior to the scheduling conference. The court advises that if this case is going to washout on motions or if it is going to be moved some place else by motion, the court feels that both sides need to know that sooner rather than later so that litigation decisions can be made accordingly. The court further informs the parties that if the case is going to move forward and if the case is going to stay here, than the court wants to parties to move forward on that basis.

Discussion between the court and the parties regarding the possibly of settling this case, the parties participating in private mediation, and the likelihood of this case making it to trial.

The court advises the parties that if they need to involve the court in another discussion before the scheduling conference, the parties can contact Magistrate judge Shaffer's chambers (303.844.2117) to arrange it.

HEARING CONCLUDED.

**Court in recess:** 1:47 p.m.
Total time in court: 00:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.