IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-02221-RBJ-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: February 21, 2013** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

DARLENE M. LOMMEL,   William J. Brady

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., *et al.*,   Debra Ann Stevens

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      10:49 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the defendant's MOTION to Dismiss Complaint Pursuant to FRCP Rules 12b(2), and 12(b)(6) (Docket No. 10, filed on 11/14/2012), the plaintiff's RESPONSE to #10 MOTION to Dismiss Complaint Pursuant to FRCP Rules 12b(2), and 12(b)(6) (Docket No. 21, filed on 1/3/2013), and the defendant's REPLY to Response to #10 MOTION to Dismiss Complaint Pursuant to FRCP Rules 12b(2), and 12(b)(6) (Docket No. 34, filed on 2/15/2013).  The court informs the parties that it does not intend to make a ruling at this time.

The court addresses the parties regarding the defendant's MOTION to Dismiss for Forum Non Conveniens (Docket No. 35, filed on 2/20/2013) and the defendant's Unopposed MOTION for Protective Order to restrict access (Docket No. 36, filed on 2/20/2013).

**ORDERED:**   The court **GRANTS** the defendant's Unopposed MOTION for Protective Order to restrict access (Docket No. 36, filed on 2/20/2013) with respect to Exhibit C, Exhibit D, and Exhibit E attached to the defendant's motion.

Discussion between the court and the parties as to how they wish to proceed with this case.

Discussion between the court and the parties regarding discovery, possibly consenting to proceed before a Magistrate Judge, possible trial dates before Judge Jackson, personal jurisdiction for the trial, whether an evidentiary hearing may be needed, and how to get this case moving forward.

11:11 a.m.     Off the record
11:14 a.m.     Back on the record

Discussion between the court and the parties regarding how much time is needed to complete discovery (parties want to have a phased discovery process), consenting to proceed before a Magistrate Judge, and Rule 16.6 pertaining to settlement conferences.

**ORDERED:**   All discovery pertaining to personal jurisdiction (and issues related to personal jurisdiction) shall be completed **on or before August 31, 2013**.

The court informs the parties that over the next six (6) months, discovery shall be limited to the issues of personal jurisdiction.

**ORDERED:**   A further telephonic Status Conference is set for **April 4, 2013 at 10:00 a.m.** Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time.

The court informs the parties that the purpose of this conference shall be to update the court as to where the parties are at with discovery and consenting to proceed before a Magistrate Judge.

**ORDERED:**   The court shall treat the defendant's MOTION to Dismiss Complaint Pursuant to FRCP Rules 12b(2), and 12(b)(6) (Docket No. 10, filed on 11/14/2012) as **WITHDRAWN** with leave to re-file at the conclusion of the discovery period.

**ORDERED:**   The court shall treat the defendant's MOTION to Dismiss for Forum Non Conveniens (Docket No. 35, filed on 2/20/2013) as **WITHDRAWN without prejudice** (with leave to re-file) with the attached exhibits to be restricted as previously ordered.

HEARING CONCLUDED.

**Court in recess:**     **11:25 a.m.**
Total time in court:     00:36

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.